**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MATTHEW BUNCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01929<br><br>SECTION D<br><br>Hon. Wendy B. Vitter<br><br>Magistrate Judge Donna Phillips Currault |
| JARED GREENBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01930<br><br>Hon. Wendy B. Vitter |
| MARTHA SEALY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01931<br><br>Hon. Wendy B. Vitter |

| | |
|---|---|
| MARC RIOUX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01932<br><br>Hon. Wendy B. Vitter |
| NICHOLAS LAYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01937<br><br>Hon. Wendy B. Vitter |
| DAVID WAGNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01946<br><br>Hon. Wendy B. Vitter |

| | |
|---|---|
| JASON KATZ and KATHLEEN BARTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01949<br><br>Hon. Wendy B. Vitter |
| CHARLES EDDIE BUCKLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01954<br><br>Hon. Wendy B. Vitter |
| DILLON SULLIVAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01956<br><br>Hon. Wendy B. Vitter |

| | |
|---|---|
| JAMES LAPORTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01974<br><br>Hon. Wendy B. Vitter |
| NATHAN FISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01978<br><br>Hon. Wendy B. Vitter |
| LISA CARTER and DEBANE CARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01983<br><br>Hon. Wendy B. Vitter |

| | |
|---|---|
| WILLIAM RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-02025<br><br>Hon. Wendy B. Vitter |

**[PROPOSED] ORDER GRANTING MOVING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS**

Before the Court is Moving Plaintiffs Jared Greenbaum and Marc Rioux's Motion to Consolidate Related Actions (the "Motion") and the accompanying Memorandum in Support. Having considered the Motion, the Memorandum, the applicable law, and noting that Defendant does not oppose consolidation, the Court finds that the Related Actions involve common questions of law and fact, arise from the same alleged data breach event, are at the same early procedural stage, and that consolidation will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

It is therefore **ORDERED** that the Motion is **GRANTED** as set forth below:

1. Pursuant to Fed. R. Civ. P. 42(a), the Court consolidates:

   a. *Bunch v. IDScan.net, Inc.*, Case No. 2:26-cv-01929 (filed September 2, 2026),

   b. *Greenbaum v. IDScan.net, Inc.*, Case No. 2:26-cv-01930 (filed September 2, 2026),

   c. *Sealy v. IDScan.net, Inc.*, Case No. 2:26-cv-01931 (filed September 2, 2026),

   d. *Rioux v. IDScan.net, Inc.*, Case No. 2:26-cv-01932 (filed September 2, 2026),

   e. *Layman v. IDScan.net, Inc.*, Case No. 2:26-cv-01937 (filed September 3, 2026),

   f. *Wagner v. IDScan.net, Inc.*, Case No. 2:26-cv-01946 (filed September 4, 2026),

g. *Katz and Bartman v. IDScan.net, Inc.*, Case No. 2:26-cv-01949 (filed September 4, 2026),

h. *Buckles v. IDScan.net, Inc.*, Case No. 2:26-cv-01954 (filed September 4, 2026),

i. *Sullivan v. IDScan.net, Inc.*, Case No. 2:26-cv-01956 (filed September 4, 2026),

j. *Laporte v. IDScan.net, Inc.*, Case No. 2:26-cv-01974 (filed September 8, 2026),

k. *Fisher v. IDScan.net, Inc.*, Case No. 2:26-cv-01978 (filed September 9, 2026),

l. *Lisa Carter and Debane Carter v. IDScan.net, Inc.*, Case No. 2:26-cv-01983 (filed September 9, 2026), and

m. *Rodriguez v. IDScan.net, Inc.*, Case No. 2:26-cv-02025 (filed September 10, 2026) (collectively, the "Related Actions")

including any subsequently filed, transferred, or removed related actions arising from the same subject matter, for all purposes, into the first-filed case, *Bunch v. IDScan.net, Inc.*, Case No. 2:26-cv-01929 (hereinafter, the "Consolidated Action"), and re-captions the matter "*In re IDScan.net, Inc. Data Breach Litigation*."

2. Any and all current deadlines in the Related Actions are hereby vacated.

3. Plaintiffs' counsel shall file leadership applications within seven (7) days of the date of this Order.

4. Plaintiffs shall file a Consolidated Amended Complaint within thirty (30) days of the date of an order appointing leadership in the Consolidated Action.

**IT IS FURTHER ORDERED** that counsel for all parties are directed to cooperate with one another, wherever possible, to promote the expeditious handling of pre-trial proceedings in the Consolidated Action, and to conduct themselves in a manner consistent with the rules of the United States District Court for the Eastern District of Louisiana.

It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

**IT IS SO ORDERED** this the ________ day of ______________________, 2026.

______________________________________

HON. WENDY B. VITTER
UNITED STATES DISTRICT JUDGE