**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MATTHEW BUNCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01929<br><br>SECTION D<br><br>Hon. Wendy B. Vitter<br><br>Magistrate Judge Donna Phillips Currault |
| JARED GREENBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01930<br><br>Hon. Wendy B. Vitter |
| MARTHA SEALY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01931<br><br>Hon. Wendy B. Vitter |

| | |
|---|---|
| MARC RIOUX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01932<br><br>Hon. Wendy B. Vitter |
| NICHOLAS LAYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01937<br><br>Hon. Wendy B. Vitter |
| DAVID WAGNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01946<br><br>Hon. Wendy B. Vitter |

| | |
|---|---|
| JASON KATZ and KATHLEEN BARTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01949<br><br>Hon. Wendy B. Vitter |
| CHARLES EDDIE BUCKLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01954<br><br>Hon. Wendy B. Vitter |
| DILLON SULLIVAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01956<br><br>Hon. Wendy B. Vitter |

| | |
|---|---|
| JAMES LAPORTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01974<br><br>Hon. Wendy B. Vitter |
| NATHAN FISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01978<br><br>Hon. Wendy B. Vitter |
| LISA CARTER and DEBANE CARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-01983<br><br>Hon. Wendy B. Vitter |

| | |
|---|---|
| WILLIAM RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IDSCAN.NET, INC.,<br><br>Defendant. | Civil No.: 2:26-cv-02025<br><br>Hon. Wendy B. Vitter |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Moving Plaintiffs Jared Greenbaum and Marc Rioux will bring their Motion to Consolidate Related Actions for submission before the Honorable Wendy B. Vitter, United States District Judge for the Eastern District of Louisiana, on October 13, 2026, on the briefs and without oral argument unless otherwise ordered by the Court.

Dated: September 23, 2026

Respectfully Submitted,

*/s/ Scott J. Falgoust*

Scott J. Falgoust (LA S.B. # 33545)
Andrew A. Lemmon (LA S.B. # 18302)
**BRYSON HARRIS SUCIU & DEMAY, PLLC**
5301 Canal Boulevard
New Orleans, Louisiana 70124
Tel: (919) 585-4634
Email: sfalgoust@brysonpllc.com
Email: alemmon@brysonpllc.com

Mariya Weekes (*pro hac vice* forthcoming)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
Email: mweekes@milberg.com

Leanna A. Loginov (*pro hac vice* forthcoming)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705

Miami, FL 33132
Tel: (305) 479-2299
Email: lloginov@shamisgentile.com

*Counsel for Plaintiffs Jared Greenbaum and Marc Rioux*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have entered an appearance in this action. Because the related actions that are the subject of the foregoing Motion to Consolidate are separately docketed, and because counsel in those related actions and counsel for Defendant IDScan.net, Inc., have not yet entered an appearance in this action and therefore will not receive the Notice of Electronic Filing, I further certify that on the same date I served a true and correct copy of the foregoing, together with all supporting papers, by electronic mail upon all counsel identified on the below Service List.

*/s/ Scott J. Falgoust*
Scott J. Falgoust

**SERVICE LIST**

**Thomas M. Beh**
**Stephen B. Murray, Jr.**
**Arthur M. Murray**
tbeh@murray-lawfirm.com
smurrayjr@murray-lawfirm.com
amurray@murray-lawfirm.com
THE MURRAY LAW FIRM
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
*Counsel for Plaintiffs Bunch (No. 2:26-cv-01929) and Fisher (No. 2:26-cv-01978)*

**L. Timothy Fisher**
**Daniel S. Guerra**
**Joshua B. Glatt**
ltfisher@bursor.com
dguerra@bursor.com
jglatt@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
*Counsel for Plaintiff Bunch (No. 2:26-cv-01929)*

**Andrew W. Ferich**
**Brian J. Devall**

**Tina Wolfson**
twolfson@ahdootwolfson.com

aferich@ahdootwolfson.com
bdevall@ahdootwolfson.com
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
*Counsel for Plaintiff Sealy (No. 2:26-cv-01931)*

AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
*Counsel for Plaintiff Sealy (No. 2:26-cv-01931)*

**Eric J. O'Bell**
ejo@obelllawfirm.com
O'BELL LAW FIRM, LLC
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8653
*Counsel for Plaintiff Wagner (No. 2:26-cv-01946)*

**Melissa R. Clark**
mclark@ahdootwolfson.com
AHDOOT & WOLFSON, PC
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177
*Counsel for Plaintiff Sealy (No. 2:26-cv-01931)*

**Linda P. Nussbaum**
lnussbaum@nussbaumpc.com
NUSSBAUM LAW GROUP, P.C.
1225 Franklin Avenue
Garden City, NY 11530
Telephone: (917) 438-9189
*Counsel for Plaintiffs Katz & Bartman (No. 2:26-cv-01949)*

**Jonathan S. Mann**
jonm@pittmandutton.com
PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
*Counsel for Plaintiff Layman (No. 2:26-cv-01937)*

**J. Greg Murphy**
Greg@getgordon.com
GORDON MCKERNAN INJURY ATTORNEYS
63 Del Orleans Avenue
Denham Springs, LA 70726
Telephone: (225) 214-0631
Facsimile: (225) 214-0631
*Counsel for Plaintiff Buckles (No. 2:26-cv-01954)*

**Gerald D. Wells, III**
**Stephen E. Connolly**
jerry@lcllp.com
steve@lcllp.com
LYNCH CARPENTER, LLP
1760 Market Street, Suite 600
Philadelphia, PA 19103
Telephone: (267) 609-6910
Facsimile: (267) 609-6955
*Counsel for Plaintiff Wagner (No. 2:26-cv-01946)*

**Anthony M. Christina**
achristina@lowey.com
LOWEY DANNENBERG, P.C.

**Michael E. Criden**
**Lindsey C. Grossman**
mcriden@cridenlove.com

One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Facsimile: (914) 997-0035
*Counsel for Plaintiff Buckles (No. 2:26-cv-01954)*

lgrossman@cridenlove.com
CRIDEN & LOVE, P.A.
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 357-9000
*Counsel for Plaintiffs Katz & Bartman (2:26-cv-01949)*

**William B. Federman**
wbf@federmanlaw.com
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
*Counsel for Plaintiff Sullivan (No. 2:26-cv-01956)*

**Christian Levis**
**Amanda G. Fiorilla**
**Michi Rodriguez**
clevis@lowey.com
afiorilla@lowey.com
mrodriguez@lowey.com
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*Counsel for Plaintiff Buckles (No. 2:26-cv-01954)*

**Brian C. Gudmundson**
**Michael L. Laird**
**Benjamin R. Cooper**
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
benjamin.cooper@zimmreed.com
ZIMMERMAN REED LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
*Counsel for Plaintiff Fisher (No. 2:26-cv-01978)*

**M. Palmer Lambert**
PLambert@pbclawfirm.com
PENDLEY, BAUDIN & COFFIN, LLC
3500 N. Causeway Blvd., Suite 402
Metairie, LA 70002
Telephone: (504) 355-0086
Facsimile: (504) 355-0089
*Counsel for Plaintiff Sullivan (No. 2:26-cv-01956)*

**Tyler A. Litke**
**Melissa G. Meyer**
tlitke@zlk.com
mmeyer@zlk.com
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
*Counsel for Plaintiff Rodriguez (No. 2:26-cv-02025)*

**Reagan C. Thomas**
**Jean S. Martin**
rthomas@awkolaw.com
jmartin@awkolaw.com
AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
*Counsel for Plaintiff Laporte (No. 2:26-cv-01974)*

**Jeffrey P. Berniard**
Jeff@GetJeff.com
BERNIARD LAW FIRM, L.L.C.
1140 St. Charles Ave.
New Orleans, LA 70130
Telephone: (504) 521-6000
(Service by email only, per complaint)
*Counsel for Plaintiffs Carter & Carter (No. 2:26-cv-01983)*

**Jill Fertel**
**Vanessa Berrocal**
Jill.Fertel@klalegal.com
Vanessa.Berrocal@klalegal.com
KLA LEGAL LLP
Telephone: (610) 472-0240
*Counsel for Defendant IDScan.net, Inc.*